UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

| | | |
|---|---|---|
| DENISE A. BADGEROW, on behalf of herself and a class of those similarly situated,<br>Plaintiffs,<br>v.<br><br>REJ PROPERTIES, INC. D/B/A WALTERS, MEYER TROSCLAIR & ASSOCIATES, AND<br>AMERIPRISE FINANCIAL SERVICES, INC. | * * * * * * * * * * * * * | Case No.: 2:17-cv-09492<br><br>JUDGE: JAY C. ZAINEY<br><br><br>MAGISTRATE: JOSEPH C. WILKINSON, JR. |

## EX PARTE MOTION FOR EXPEDITED HEARING ON PLAINTIFFS MOTION TO CONTINUE SUBMISSION DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT comes Plaintiff, Denise Badgerow, who hereby requests that her Motion to Continue Submission Date for Defendant's Motion for Summary Judgment be heard on an expedited basis.

1.

On January 24, 2019, REJ Properties, Inc. filed a Motion for Summary Judgment which is set for submission on February 20, at 9:00 a.m. (R. Doc. 73). Plaintiff filed a Motion to Continue the Submission Date for Defendant's Motion for Summary Judgment along with a Request for Oral Argument. (R. Doc. 83). Plaintiff requests the continuance because discovery is still ongoing and there are several issues of material fact in dispute that require further discovery. In addition the Motion for Summary Judgement and attachments are voluminous and require additional time for an appropriate response.

2.

Plaintiff's Motion for Continuance of the Submission Date for Defendant's Motion for Summary Judgment is set for the next available submission date, March 6, 2019 at 9:00 a.m. Accordingly, Plaintiff requests that the Motion to Continue the Submission date be heard on an expedited basis. Plaintiff will be prejudiced if the Court does not rule on her Motion to Continue until March 6, 2019 due to the conflicts presented to the Court in Plaintiffs Motion to Continue (R. Doc. 84).

WHEREFORE, Plaintiff requests that this Court issue an order on Plaintiff's Motion to Continue Submission date on an expedited basis.

Respectfully Submitted,

**BUSINESS LAW GROUP**

By: */s/ Amanda Butler*
AMANDA BUTLER (LSBA NO. 31644)
STEPHANIE DOVALINA (LSBA NO. 31137)
700 Camp Street
New Orleans, LA 70130
Email: abutler@lawgroup.biz
Email: sdovalina@lawgroup.biz
***Attorneys for Denise Badgerow***

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, a copy of the above and foregoing has been served upon counsel for all parties by electronic means and filed electronically with the Clerk of Court using the CM/ECF system.

**/s/ Amanda Butler**
Amanda Butler, Esq.
Business Law Group

4842-9123-5719, v. 1