# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENISE A. BADGEROW,** | * | **CIVIL ACTION NO. 2:17-cv-09492** |
| on behalf of herself and a class of those | * | |
| similarly situated, | * | **JUDGE JAY C. ZAINEY** |
| Plaintiffs, | * | |
| v. | * | **MAG. JOSEPH C. WILKINSON, JR.** |
| | * | |
| **REJ PROPERTIES, INC. D/B/A** | * | |
| **WALTERS, MEYER, TROSCLAIR &** | * | |
| **ASSOCIATES, AND AMERIPRISE** | * | |
| **FINANCIAL SERVICES, INC.,** | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION FOR TAXATION OF COSTS

NOW COMES Defendant, REJ Properties, Inc., d/b/a Walters, Meyer, Trosclair & Associates, through undersigned counsel, and pursuant to the Judgment entered in Defendant's favor in this matter on June 3, 2019 (R. Doc. 160), moves this Court for an order taxing costs against Plaintiff, Denise Badgerow, in the amount of $10,250.55. In support of this Motion and as required by Local Rule 54.3, Defendant offers the attached Bill of Costs, in the form prescribed by the Court, prepared and signed by counsel of record.

WHEREFORE, for the reasons provided in the attached Memorandum in Support, the above-stated costs should be taxed against Plaintiff, Denise Badgerow and in favor of Defendant, REJ Properties, Inc., d/b/a Walters, Meyer, Trosclair & Associates.

265228.1

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**

By: */s/ Eve B. Masinter*
E. FREDRICK PREIS, JR. (LA BAR #10704)
EVE B. MASINTER (LA BAR #1218), T.A.
CLAUDE F. REYNAUD, JR. (LA BAR #11197)
MATTHEW M. MCCLUER (LA BAR #33970)
First Bank & Trust Tower, Suite 1500
909 Poydras Street
New Orleans, LA 70112-4004
Telephone: (504) 619-1800
Fax: (504) 617-7928
Email: Fred.Preis@bswllp.com
Email: Eve.Masinter@bswllp.com
Email: Claude.Reynaud@bswllp.com
Email: Matthew.McCluer@bswllp.com
*Attorneys for REJ Properties, Inc. d/b/a Walters, Meyer, Trosclair & Associates*