AO 133 (Rev. 12/09) Bill of Costs

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Denise A. Badgerow <br><br> v. <br><br> REJ Properties, Inc. d/b/a Walters, Meyer, Trosclair & Associates et al. | ) <br> ) <br> ) Case No.: 2:17-cv-09492 <br> ) <br> ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __06/03/2019__ against __Denise A. Badgerow__,
                                                                           *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 10,250.55 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 10,250.55 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

✔ Electronic service          ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: *[signature]*

Name of Attorney: Eve B. Masinter

For: REJ Properties Inc. d/b/a Walters, Meyer, Trosclair & Associates     Date: 6/17/19
          *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____$10,250.55_____ and included in the judgment.

By: _____
*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## HUFFMAN & ROBINSON, INC
### CERTIFIED COURT REPORTERS
433 METAIRIE ROAD, SUITE 220
METAIRIE, LOUISIANA 70005
(504) 831-1753
(800) 749-1753

NO. 1807092

MAN

**TO:**

July 24, 2018

**MEMBER: NATIONAL COURT REPORTERS ASSOCIATION**
**TAX ID. NO. 72-1172593**
**NET 30 DAYS**

Breazeale, Sachse & Wilson, LLP
301 Main Street
Suite 2300
Baton Rouge, LA   70801

**IN RE:**  ATTN: Claude F. Reynaud, Jr., Esq.                           185052

Denise A. Badgerow vs. REJ Properties, Inc., et al
USDC, No. 2:17-09492, Judge Zainey

------------------------------------------------------------

Furnishing the original and one copy of the deposition of
DENISE BADGEROW taken on Wednesday, July 11, 2018.

TOTAL    $ 1,388.25   

Compressed transcript sent to be read and signed.


*Thank You*
PLEASE RETURN YELLOW COPY WITH REMITTANCE


# Invoice



**DEPO-VUE, INC.**
CERTIFIED LEGAL VIDEO SPECIALIST

| Date | Invoice # |
|---|---|
| 7/12/2018 | 25110 |

**PAID 08/27/2018**

**Bill To**

Breazeale, Sachse & Wilson
Claude Reynaud
301 Main Street, 23rd Floor
Baton Rouge, Louisiana 70821
225-387-4000/ Fax 225-381-8029

| Terms | Rep |
|---|---|
| Net 30 | AP |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| 1st 2 hours | 1 | For providing the masters of the videotaped deposition of Denise Badgerow, held at 700 Camp Street, New Orleans, Louisiana, taken on July 11, 2018. | 315.00 | 315.00 |
| Additional hours | 5.5 | Additional Hours | 100.00 | 550.00 |
| Media | 4 | DVD Master Media | 10.00 | 40.00 |
| Mpeg 1 | 4 | For providing Mpeg 1 of the videotaped deposition of Denise Badgerow. | 30.00 | 120.00 |
| Parking Charges | | Parking Charges | 20.00 | 20.00 |
| Shipping Fee | | Shipping | 20.00 | 20.00 |
| | | Denise Badgerow, et al vs. REJ Properties, Inc., et al
USDC, Eastern District of Louisiana
Case No. 17-cv-09492 | | |

Enclosed: 1- mpeg 1

**Total** $1,065.00

Tax ID: 72-1402974

Please remit invoice to: P.O. Box 486, Metairie, Louisiana 70004



3213 W. Metairie Ave. North • Metairie, Louisiana 70001
New Orleans 504.828.8856 • depovueinc@gmail.com • Fax 504.828.8865
Toll-Free 1.888.DEPO-VUE • www.depo-vue.com



# INVOICE

*Paid 9/14*

U.S. Legal Support
1100 Poydras Street
Suite 2900
New Orleans, LA  70163
Phone:504-264-6650   Fax:504-264-6610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140049204 | 8/16/2018 | 274296 |
| Job Date | Case No. | |
| 8/7/2018 | 217CV9492 | |

| Case Name |
|---|
| Denise A. Badgerow v. REJ Properties, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Eve Masinter
Breazeale, Sachse & Wilson, L.L.P.
909 Poydras Street
Suite 1500
New Orleans, LA  70112-4004

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Thomas Meyer                                                                                                            760.80
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Greg Walters                                                                                                             861.55

                                                                  **TOTAL DUE >>>**         **$1,622.35**
                                                                   AFTER 9/30/2018  PAY      $1,865.70

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                                                     Phone: 504-619-1800    Fax:504-584-5452

*Please detach bottom portion and return with payment.*

Eve Masinter
Breazeale, Sachse & Wilson, L.L.P.
909 Poydras Street
Suite 1500
New Orleans, LA  70112-4004

Job No.        : 274296         BU ID       : 9-NOLA
Case No.       : 217CV9492
Case Name      : Denise A. Badgerow v. REJ Properties, Inc.

Invoice No.    : 140049204      Invoice Date : 8/16/2018
**Total Due    : $ 1,622.35**
AFTER 9/30/2018  PAY  $1,865.70

Remit To: **U.S. Legal Support**
          **P.O. Box 4772-14**
          **Houston, TX  77210-4772**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
1-800-536-5255

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 187023 | 9/14/2018 | 95029 |
| Job Date | Case No. | |
| 8/27/2018 | 16-02759 | |

| Case Name |
|---|
| Denise Badgerow vs Ameriprise Financial Services, Inc., et al |

| Payment Terms |
|---|
| Net 30 |

Masinter, Eve B.
Breazeale, Sachse & Wilson, L.L.P.
909 Poydras Street, Suite 1500
New Orleans LA  70112

---

ORIGINAL TRANSCRIPT OF:
    Proeedings of Financial Industry Regulatory Authority (FINRA) - Day 1      2,816.20

**TOTAL DUE  >>>**     **$2,816.20**

Transcript was previously hand delivered

---

**Tax ID:** 72-1177884          Phone: 504-584-5454    Fax: 504-584-5452

*Please detach bottom portion and return with payment.*

Masinter, Eve B.
Breazeale, Sachse & Wilson, L.L.P.
909 Poydras Street, Suite 1500
New Orleans LA  70112

Invoice No.  :  187023
Invoice Date :  9/14/2018
**Total Due**   :  **$ 2,816.20**

**Remit To:**  **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans LA  70130**

Job No.    :  95029
BU ID      :  1-REP
Case No.   :  16-02759
Case Name  :  Denise Badgerow vs Ameriprise Financial Services, Inc., et al

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
1-800-536-5255

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 187026 | 9/14/2018 | 95030 |
| Job Date | Case No. | |
| 8/28/2018 | 16-02759 | |

| Case Name |
|---|
| Denise Badgerow vs Ameriprise Financial Services, Inc., et al |
| **Payment Terms** |
| Net 30 |

Masinter, Eve B.
Breazeale, Sachse & Wilson, L.L.P.
909 Poydras Street, Suite 1500
New Orleans LA 70112

---

ORIGINAL TRANSCRIPT OF:
    Proeedings of Financial Industry Regulatory Authority (FINRA) - Day 2      2,175.65

**TOTAL DUE >>>    $2,175.65**

Transcript was previously hand delivered

---

**Tax ID:** 72-1177884      Phone: 504-584-5454    Fax: 504-584-5452

*Please detach bottom portion and return with payment.*

Masinter, Eve B.
Breazeale, Sachse & Wilson, L.L.P.
909 Poydras Street, Suite 1500
New Orleans LA 70112

Invoice No.  : 187026
Invoice Date : 9/14/2018
**Total Due**  : **$ 2,175.65**

Remit To: **Professional Shorthand Reporters, Inc.**
     **601 Poydras Street**
     **Suite 1615**
     **New Orleans LA 70130**

Job No.     : 95030
BU ID       : 1-REP
Case No.    : 16-02759
Case Name   : Denise Badgerow vs Ameriprise Financial Services, Inc., et al

**ALLIANCE COURT REPORTERS, LLC**
**4919 CANAL ST, STE 303**
**NEW ORLEANS LA 70119**
**PHONE: 504-488-6624 -- FAX: 504-488-7573**
**alldepo@bellsouth.net -- www.alldepo.com**

BREAZEALE, SACHSE & WILSON
JAMIE D. DANOS
909 POYDRAS ST.
SUITE 1500
NEW ORLEANS LA 70115

INVOICE NO:   1909
INVOICE DATE: 02/21/2019
REPORTER:     IRIS (LAINEY)
              MARGAVIO, CCR

Tax ID#   83-0982180

JAMIE D. DANOS

BADGEROW VS. AMERIPRISE FINANCIAL, ET AL

ARBITRATION NO. 16-02759

| Date | Description | | |
|---|---|---|---|
| 02/19/2019 | TRANSCRIPTION ARBITRATION AUDIO RECORDINGS | | |
| | | Sub Total: | 901.80 |
| | | Paid: | 0.00 |
| | | Balance Due: | 901.80 |

TERMS: NET 30 DAYS
Please Reference Invoice Number When Paying

| AO 44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA |
|---|---|

| INVOICE NO: 20190024 | |
|---|---|
| MATTHEW M. MCCLUER, ESQUIRE<br>BREAZEALE SACHSE & WILSON<br>LL&E TOWER<br>909 POYDRAS ST, SUITE 1500<br>NEW ORLEANS, LA 70112<br>Phone: (504) 584-5469<br><br>Matthew.McCluer@bswllp.com | **MAKE CHECKS PAYABLE TO:**<br>CATHY PEPPER, CCR RMR CRR<br>Official Court Reporter<br>735 Pecan Grove Lane<br>New Orleans, LA 70121<br><br>Phone: (504) 589-7779<br>FAX: (504) 589-7726<br>Tax ID: 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<br>cathy_pepper@laed.uscourts.gov |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 03-29-2019 | DATE DELIVERED: 04-01-2019 |
|---|---|---|

Case Style: 17-9492, DENISE A. BADGEROW v REJ PROPERTIES, INC., ET AL
FURNISHING THE TRANSCRIPT OF MOTION HEARING PROCEEDINGS HELD BY
MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. TAKEN ON FEBRUARY 13, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 58 | 4.85 | 281.30 | | 0.90 | | | 0.60 | | 281.30 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 281.30 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:        Amt: | TOTAL DUE: | $281.30 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s/Cathy Pepper* | DATE: 04-01-2019 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENISE A. BADGEROW,** | * | CIVIL ACTION NO. 2:17-cv-09492 |
| on behalf of herself and a class of those | * | |
| similarly situated, | * | JUDGE JAY C. ZAINEY |
| Plaintiffs, | * | |
| v. | * | MAG. JOSEPH C. WILKINSON, JR. |
| | * | |
| **REJ PROPERTIES, INC. D/B/A** | * | |
| **WALTERS, MEYER, TROSCLAIR &** | * | |
| **ASSOCIATES, AND AMERIPRISE** | * | |
| **FINANCIAL SERVICES, INC.,** | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF EVE B. MASINTER

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public duly commissioned in and for the jurisdiction above, personally came and appeared **EVE BARRIE MASINTER,** who, after being duly sworn, did depose and state:

1.

I am a competent major domiciled in the parish of Orleans, State of Louisiana.

2.

I am an attorney licensed to practice in the State of Louisiana.

3.

All of the statements made herein are based upon my personal knowledge and are known to me to be true in my capacity as counsel for Defendant, REJ Properties Inc., d/b/a Walters, Meyer, Trosclair & Associates ("REJ") in the above-captioned proceeding.

4.

In my capacity as counsel for REJ, I have relevant knowledge of the costs and disbursements listed in the Bill of Costs attached to the Motion for Taxation of Costs, which costs were actually incurred by REJ in this litigation.


EXHIBIT B

5.

Said costs and disbursements, totaling $10,250.55, are correct and were necessarily incurred in the defense of this action and were specifically for the production of the MSJ filed by REJ. REJ obtained the deposition transcript of the Plaintiff and in fact utilized the transcript in connection with Defendant's successful Motion for Summary Judgment. Plaintiff took two depositions in this case—Greg Walters, Plaintiff's direct supervisor, and Thomas Meyer, the managing advisor of REJ—which were utilized in connection with REJ's Motion for Summary Judgment, Plaintiff's Opposition to the Motion, and/or REJ's Reply Memorandum. REJ obtained the hearing transcripts of the related FINRA Arbitration proceeding initiated by Plaintiff, Denise Badgerow, which arbitration involved many of the same factual issues as this action. These hearing transcripts were utilized in connection with REJ's successful Motion for Summary Judgment. Further, REJ obtained the hearing transcript of the February 13, 2019 hearing before this Court which was utilized in connection with the successful Motion for Summary Judgment. Specifically, the hearing transcript was used to demonstrate to the Court that Plaintiff should be barred from inserting additional untimely, procedurally and substantively improper causes of action into the suit which, if permitted, would have effectively mooted REJ's Motion for Summary Judgment.

6.

The invoices attached as part of Exhibit A *in globo* to the Motion for Taxation of Costs are true and correct copies of the invoices received by REJ and/or its counsel related to costs incurred by REJ in the captioned proceedings.

_____
**EVE B. MASINTER**

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 17th DAY OF June, 2019.

_____
NOTARY PUBLIC

Printed Name: PHILIP GIORLANDO
Notary ID No. 157543
Notary Public
Orleans Parish, Louisiana

265496.1