# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENISE A. BADGEROW,** | * | **CIVIL ACTION NO. 2:17-cv-09492** |
| on behalf of herself and a class of those | * | |
| similarly situated, | * | **JUDGE JAY C. ZAINEY** |
| Plaintiffs, | * | |
| v. | * | **MAG. JOSEPH C. WILKINSON, JR.** |
| | * | |
| **REJ PROPERTIES, INC. D/B/A** | * | |
| **WALTERS MEYER TROSCLAIR &** | * | |
| **ASSOCIATES, AND AMERIPRISE** | * | |
| **FINANCIAL SERVICES, INC.,** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant, REJ Properties, Inc. d/b/a Walters, Meyer, Trosclair & Associates, hereby submits for consideration its *Motion for Taxation of Costs* to the Clerk of Court, United States District Court for the Eastern District of Louisiana, on July 10, 2019 at 9:00 o'clock a.m.

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**

By:  */s/ Eve B. Masinter*
E. FREDRICK PREIS, JR. (LA BAR #10704)
EVE B. MASINTER (LA BAR #1218), T.A.
CLAUDE F. REYNAUD, JR. (LA BAR #11197)
MATTHEW M. MCCLUER (LA BAR #33970)
First Bank & Trust Tower, Suite 1500
909 Poydras Street
New Orleans, LA 70112-4004
Telephone: (504) 619-1800
Fax: (504) 617-7928
Email: Fred.Preis@bswllp.com
Email: Eve.Masinter@bswllp.com
Email: Claude.Reynaud@bswllp.com
Email: Matthew.McCluer@bswllp.com
*Attorneys for REJ Properties, Inc. d/b/a Walters, Meyer, Trosclair & Associates*

265323.1