UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENISE A. BADGEROW,** | * | **Case No.: 2:17-cv-09492** |
| on behalf of herself and a class of | * | |
| those similarly situated, | * | **JUDGE: JAY C. ZAINEY** |
| Plaintiffs, | * | |
| v. | * | |
| | * | |
| **REJ PROPERTIES, INC. D/B/A WALTERS,** | * | **MAGISTRATE: JOSEPH C.** |
| **MEYER TROSCLAIR & ASSOCIATES,** | * | **WILKINSON, JR.** |
| **AND** | * | |
| **AMERIPRISE FINANCIAL SERVICES,** | * | |
| **INC.** | * | |
| | * | |
| ***************************************** | * | ********************************** |

## NOTICE OF APPEAL

Notice is hereby given that Denise Badgerow hereby appeals to the UNITED STATES FIFTH CIRCUIT COURT OF APPEALS from the Court's Bill of Costs entered on August 8, 2018 [Rec. Doc 187].

Dated: August 22, 2019
         New Orleans, Louisiana

                                                            Respectfully submitted,

                                                            BUSINESS LAW GROUP

                                                             /s/ Amanda Butler, Esq.
                                                            AMANDA J. BUTLER
                                                            700 CAMP ST., SUITE 105
                                                            NEW ORLEANS, LA 70130
                                                            (504) 319-4528
                                                            abutler@lawgroup.biz

                                                            *Attorney for* DENISE BADGEROW

4811-4803-0114, v. 1