**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DENISE A. BADGEROW,** | * | **CIVIL ACTION NO. 2:17-cv-09492** |
| **on behalf of herself and a class of those** | * | |
| **similarly situated,** | * | **JUDGE JAY C. ZAINEY** |
| **Plaintiffs,** | * | |
| **v.** | * | **MAGISTRATE JOSEPH C. WILKINSON,** |
| | * | **JR.** |
| **REJ PROPERTIES, INC. D/B/A** | * | |
| **WALTERS MEYER TROSCLAIR &** | * | |
| **ASSOCIATES, AND AMERIPRISE** | * | |
| **FINANCIAL SERVICES, INC.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Defendant, REJ Properties, Inc. d/b/a Walters Meyer Trosclair & Associates ("REJ"), hereby cross-appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons rendered by the Court in this matter on September 10, 2019 (R. Doc. 197), wherein the Court denied REJ's Supplemental Motion for Attorney's Fees (R. Doc. 186).

The referenced Order and Reasons was rendered after final Judgment was entered dismissing all of Plaintiff's claims with prejudice, which Judgment is currently on appeal to the United States Court of Appeals for the Fifth Circuit in Civil Appeal No. 19-30584. REJ therefore notices this as a cross-appeal within the referenced appeal, No. 19-30584. Accordingly, this Notice of Appeal is timely filed within 30 days of the referenced Order and Reasons pursuant to Fed. R. App. P. 4(a)(1) and 4(a)(3).

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**

By:     */s/ Eve B. Masinter*
          E. Fredrick Preis, Jr. (La. Bar No. 10704)
          Eve B. Masinter (La. Bar No. 1218), T.A.
          Matthew M. McCluer (La. Bar No. 33970)
          Philip J. Giorlando (La. Bar No. 38234)
          First Bank & Trust Tower, Suite 1500
          909 Poydras Street
          New Orleans, LA 70112-4004
          Telephone: (504) 619-1800
          Fax: (504) 584-5452
          efp@bswllp.com
          eve.masinter@bswllp.com
          matthew.mccluer@bswllp.com
          philip.giorlando@bswllp.com

          ***Attorneys for REJ Properties, Inc. d/b/a Walters
          Meyer Trosclair & Associates***

274827.1