# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-30584
consolidated with
No. 19-30687

_____

United States Court of Appeals
Fifth Circuit
**FILED**
September 11, 2020
Lyle W. Cayce
Clerk

DENISE A. BADGEROW, on behalf of herself and a class of those similarly situated,

    Plaintiff - Appellant Cross-Appellee

v.

REJ PROPERTIES, INCORPORATED, doing business as Walters, Meyer, Trosclair and Associates,

    Defendant - Appellee Cross-Appellant

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:17-CV-9492

_____

Before JOLLY, GRAVES, and DUNCAN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART, REVERSED and VACATED IN PART, and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

Case 19-30584 Document 00515588826 Page 2 Filed 10/05/20
Case 2:13-cv-04949-JCZ-DPC Document 205 Filed 10/05/20 Page 2 of 2

19-30584
c/w 19-30687

IT IS FURTHER ORDERED that defendant-appellee cross-appellant pay to plaintiff-appellant cross-appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued as the mandate on **Oct 05, 2020**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**