**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

EVE B. MASINTER
eve.masinter@bswllp.com
DIRECT DIAL (504) 584-5468
CORPORATE PHONE (504) 619-1800
FAX (504) 617-7928
909 Poydras Street
Suite 1500
New Orleans, LA 70112-4004
www.bswllp.com

August 21, 2019

*Via E-mail Only*
Ms. Amanda Butler (abutler@lawgroup.biz)
Business Law Group
700 Camp St.
New Orleans, LA 70130

RE:    *Denise Badgerow v. REJ Properties, Inc. et al.*,
USDC–E.D. La. No. 2:17-cv-09492

Dear Amanda:

As you are likely aware, on August 8, 2019, the Eastern District Clerk of Court approved REJ's Motion to Tax Costs against the Plaintiff, Denise Badgerow, in the amount of **$10,210.55**. A copy of the approved Bill of Costs is attached for your reference. Pursuant to Fed. R. Civ. P. 54(d)(1), Badgerow had until April 15th to appeal the award of costs to the Court, but no such appeal was filed. Accordingly, those costs are now due and owing, and REJ hereby formally requests payment in full from Badgerow within 30 days of your receipt of this letter. If payment is not timely received, REJ will pursue legal action to collect the full amount stated above, as well as its costs and attorney's fees to the extent permitted.

With kind regards, we remain

Sincerely yours,

EVE B. MASINTER
E. FREDRICK PREIS
MATTHEW M. MCCLUER

EBM:jd
Attachment

cc:    Stephanie Dovalina *(via e-mail w/ att. – sdovalina@lawgroup.biz)*

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Denise A. Badgerow | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:17-cv-09492 |
| REJ Properties, Inc. d/b/a Walters, Meyer, Trosclair & Associates et al. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___06/03/2019___ against ___Denise A. Badgerow___,
                                                                _Date_

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | $10,210.55 ~~10,250.55~~ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 10,210.55 ~~10,250.55~~ |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney: _Eve Bonnie Masinter_

Name of Attorney: Eve B. Masinter

For:    REJ Properties Inc. d/b/a Walters, Meyer, Trosclair & Associates     Date: _6/17/19_
                 *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of    ~~$10,250.55~~   $10,210.55    and included in the judgment.

| William W. Blevins | By: _Carie L. Keller_ | August 8, 2019 |
|---|---|---|
| *Clerk of Court* | *Chief Deputy Clerk* | *Date* |

 BREAZEALE, SACHSE & WILSON, L.L.P. | ATTORNEYS AT LAW

**EVE B. MASINTER**
*eve.masinter@bswllp.com*
DIRECT DIAL: (504) 584-5468
CORPORATE PHONE: (504) 619-1800
FAX: (504) 617-7928
909 Poydras Street
Suite 1500
New Orleans, LA 70112-4004

**www.bswllp.com**

October 23, 2020

Ms. Amanda Butler Schley
Business Law Group
700 Camp St.
New Orleans, LA 70130

        **RE:**    ***Denise Badgerow v. Greg Walters, et al.***
               **USDC–E.D. La. No. 2:17-cv-09492**

Dear Amanda:

     We write to you to reiterate our demand for payment of the past-due and owing costs assessed against Ms. Badgerow in this matter in the amount of $10,210.55. Please see attached a copy of the itemized Bill of Costs along with our previous demand letter to you dated August 21, 2019, which requested payment in full of this amount by September 20, 2019. The award of costs was not included in your appeal to the U.S. Fifth Circuit and thus those costs became final and enforceable on April 15, 2019. If we do not receive payment within 14 days of the date of this letter, we will address the matter with the District Court and will proceed with collection against your client. We would appreciate your prompt attention to this matter.

     With kind regards, we remain

                     Sincerely yours,

                     EVE B. MASINTER
                     E. FREDRICK PREIS
                     MATTHEW M. MCCLUER

EBM:jd

271084.1

 **BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

**EVE B. MASINTER**
*eve.masinter@bswllp.com*
DIRECT DIAL: **(504) 584-5468**
CORPORATE PHONE: **(504) 619-1800**
FAX: **(504) 617-7928**
909 Poydras Street
Suite 1500
New Orleans, LA  70112-4004

**www.bswllp.com**

November 9, 2020

Ms. Amanda Butler Schley
Business Law Group
700 Camp St.
New Orleans, LA 70130

> **RE:    *Denise Badgerow v. Greg Walters, et al.***
> **USDC EDLA 17-09492**
> **Our File No.: 15218-54579**

Dear Amanda:

We have made more than one demand that your client pay the $10,210.55 in costs due. (See attached letter dated August 21, 2019).  When the Bill of Costs were filed (Rec. Doc. 165 on June 17, 2019) you were given fourteen (14) days in which to file an opposition, no opposition was ever filed and the costs were awarded to defendants.  (See Rec. Doc. 187).  You also failed to brief the costs awarded to the Appellate Court after you filed your appeal.  As stated by the Fifth Circuit in its opinion, while you filed a second Notice of Appeal on the cost issue, you failed to brief that issue to the Fifth Circuit, and, thus, the award is final and collectible.  That cost award by the district court is now final.  The Fifth Circuit affirmed the costs award in its opinion. (See pg. 16 of Court of Appeal Document No: 00515561595 stating: "In all other aspects, the judgment of the district court is affirmed").

Ms. Badgerow is entitled to no credit or reduction for the remand of the retaliation claim. In the event Ms. Badgerow ultimately prevails on her retaliation claim, then she can apply for costs related to that claim with the district court as a prevailing party, but that is a separate issue from the affirmed cost award currently due and collectible.

If Ms. Badgerow fails to pay by the end of this week, we will proceed with an enforcement and collection of the costs award.

November 9, 2020
Page 2


With kind regards, we remain

Sincerely yours,

EVE B. MASINTER
E. FREDRICK PREIS
MATTHEW M. MCCLUER

EBM:jd
Attachment

 **BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

**EVE B. MASINTER**
*eve.masinter@bswllp.com*
DIRECT DIAL: (504) 584-5468
CORPORATE PHONE: (504) 619-1800
FAX: (504) 617-7928
909 Poydras Street
Suite 1500
New Orleans, LA  70112-4004

**www.bswllp.com**

November 30, 2020

Ms. Amanda Butler Schley
Business Law Group
700 Camp St.
New Orleans, LA 70130

> **RE:** *Denise Badgerow v. REJ Properties, Inc.*
> **USDC–EDLA No. 17-09492**

Dear Amanda:

Please take notice that this is our fourth and final demand for payment of the $10,210.55 in costs awarded to Defendants in the above-referenced action. As previously stated, the award of costs is part of a final Judgment issued by the Eastern District. As stated in our letter of November 9, 2020, Ms. Badgerow waived any appeal of these costs, which the Fifth Circuit noted in its Opinion affirming the District Court's ruling in all respects except for the retaliation claim. In light of the Fifth Circuit's Opinion, the cost assessment is now final and unappealable.

We also demand, on behalf of Greg Walters, Thomas Meyer, and Ray Trosclair, payment of the $28.00 in appellate costs assessed by the Fifth Circuit in the related appeal, No. 19-30766, in which the Fifth Circuit's Opinion issued September 15, 2020 affirmed the District Court's Judgment of dismissal in all respects. That cost award was made final by the Fifth Circuit on November 17, 2020 when the Mandate issued and the District Court ordered the costs on appeal to be taxed against Ms. Badgerow.

If Ms. Badgerow fails to pay the total amount of **$10,238.55** by 4:00 p.m. this Friday, December 4th, we will proceed with a motion for contempt and to enforce these final Judgments as they relate to costs.

With kind regards, we remain

Sincerely yours,

EVE B. MASINTER
E. FREDRICK PREIS
MATTHEW M. MCCLUER

309997.v1

**Matthew M. McCluer**

| | |
|---|---|
| **From:** | Amanda Butler Schley <abutler@lawgroup.biz> |
| **Sent:** | Monday, November 9, 2020 7:03 AM |
| **To:** | Matthew M. McCluer |
| **Cc:** | Eve B. Masinter; Fred Preis; Jamie Danos |
| **Subject:** | Re: Badgerow v. REJ |

Dear Counsel:

This is to inform you that neither my client, Denise Badgerow, nor my law firm will be paying the $10,210.55 costs awarded to your client ("the Costs Award") by the District Court prior to Ms. Badgerow's successful appeal to the Fifth Circuit Court of Appeals. We believe a new Bill of Costs will be entered in my client's favor following the anticipated trial of this matter.

We filed a separate Notice of Appeal of the Costs Award out of an abundance of caution because of the lengthy period of time that had elapsed between the date that summary judgment was entered and Defendant's request for costs. Although the separate appeal was permissible, the Notice of Appeal of the summary judgment was sufficient to serve as an appeal of your post-judgment request for costs.

In addition, Defendant has taken none of the steps necessary to formally pursue costs following the entry of the Bill of Costs. If Defendant had taken such steps, we could have brought the issue to the Court's attention for a determination of whether security would be needed for costs pending Ms. Badgerow's appeal. *See* LR 54.4 ("the court, on motion or its own initiative, *may* order any party to file a bond or additional security for costs in such an amount and subject to conditions designated by the court.") (emphasis added).

If you disagree with our position, please provide the legal authority that would permit you to collect on the Costs Award for a summary judgment that has been reversed, in part, by the Fifth Circuit.

Best,



**Amanda Butler, Esq.**
Managing Partner
Business Law Group
(504) 934-2020 (office) (504) 319-4528 (cell)
**The Entrepreneur's Lawyer**



On Fri, Oct 23, 2020 at 3:56 PM Matthew M. McCluer <Matthew.McCluer@bswllp.com> wrote:

Amanda,

Please see the attached correspondence in this matter.

Sincerely,

Eve, Fred and Matt



Matthew M. McCluer
Associate
BREAZEALE, SACHSE & WILSON, L.L.P.
909 Poydras St, Ste 1500

New Orleans, LA
(504) 584-5469 - direct dial

(504) 617-7928- facsimile
Matthew.McCluer@bswllp.com

www.bswllp.com

**Matthew M. McCluer**

| | |
|---|---|
| **From:** | Amanda Butler Schley <abutler@lawgroup.biz> |
| **Sent:** | Wednesday, December 9, 2020 4:58 PM |
| **To:** | Jamie Danos |
| **Cc:** | Eve B. Masinter; Matthew M. McCluer; Fred Preis |
| **Subject:** | Re: BSW Trust Wire information |

Ok - no problem, let me know.

Best,

**Amanda Butler, Esq.**
**Ma**naging Partner
Business Law Group
(504) 934-2020 (office) (504) 319-4528 (cell)
**The Entrepreneur's Lawyer**

On Wed, Dec 9, 2020 at 4:54 PM Jamie Danos <Jamie.Danos@bswllp.com> wrote:

Amanda, please hold off on sending the wire.  We are going to check with our client, who may want a paper check instead.

Sorry.  Thanks.

**From:** Jamie Danos
**Sent:** Wednesday, December 9, 2020 4:48 PM
**To:** 'Amanda Butler Schley' <abutler@lawgroup.biz>; Eve B. Masinter <Eve.Masinter@bswllp.com>
**Cc:** Matthew M. McCluer <Matthew.McCluer@bswllp.com>; Fred Preis <Fred.Preis@bswllp.com>
**Subject:** BSW Trust Wire information

Amanda,

Below is our Firm's wire information.

Please reference: <u>Badgerow 15218-52371 – Fred Preis</u> on the wire.


Thank you

| Bank Name & Address | Bank ABA/ Routing # | Account Name | Account Number |
|---|---|---|---|
| Iberia Bank<br>3700 Essen Lane<br>Baton Rouge, LA 70809 | ███████ | Breazeale, Sachse, Wilson, L.L.P.<br>**Client Trust Account**<br>(Main Client Trust Account) | ███████ |

---

**From:** Amanda Butler Schley <<u>abutler@lawgroup.biz</u>>
**Sent:** Wednesday, December 9, 2020 4:41 PM
**To:** Eve B. Masinter <<u>Eve.Masinter@bswllp.com</u>>
**Cc:** Matthew M. McCluer <<u>Matthew.McCluer@bswllp.com</u>>; Fred Preis <<u>Fred.Preis@bswllp.com</u>>; Jamie Danos <<u>Jamie.Danos@bswllp.com</u>>
**Subject:** Re: Deposition Dates


Eve -


We will just pay it, and get it back when we win.


Please forward me wire instructions for payment.



**Amanda Butler, Esq.**
**Managing Partner**
Business Law Group
<u>(504) 934-2020</u>
**The Entrepreneur's Lawyer**

---



Sent from my iPhone please excuse any typos.


On Dec 9, 2020, at 4:38 PM, Eve B. Masinter <Eve.Masinter@bswllp.com> wrote:


Amanda:


We cannot agree with either of these proposals.  The Cost Award is past due and was affirmed.  As stated previously in our email communications and on the call with the Court last week during the Scheduling Conference, we will proceed with a Motion to Enforce collection of the Cost Award and seek any other relief REJ is entitled to receive with the pursuit of such a Motion.


Sincerely,

Eve, Fred and Matt




Eve B. Masinter

Partner

BREAZEALE, SACHSE & WILSON, L.L.P.
909 Poydras St., Suite 1500
New Orleans, Louisiana 70112-4004
(504) 584-5468 - direct dial
(504) 584-5452 - facsimile

Eve.Masinter@bswllp.com

www.bswllp.com

The information contained in this electronic mail transmission and the accompanying pages is intended solely for the addressee(s) named above. If you are not an addressee, or responsible for delivering these documents to an addressee, you have received this document in error and you are strictly prohibited from reading or disclosing it. The information contained in this document is highly confidential and may be subject to legally enforceable privileges. Unless you are an addressee, or associated with an addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with this document or the information it contains other than calling us by telephone (504) 619-1800 and returning this document to us at once.

**From:** Amanda Butler Schley <abutler@lawgroup.biz>
**Sent:** Wednesday, December 9, 2020 7:59 AM
**To:** Eve B. Masinter <Eve.Masinter@bswllp.com>
**Cc:** Matthew M. McCluer <Matthew.McCluer@bswllp.com>; Fred Preis <Fred.Preis@bswllp.com>; Jamie Danos <Jamie.Danos@bswllp.com>
**Subject:** Re: Deposition Dates

Eve and Matt,

With regard to the costs, could we agree to either: (i) putting the funds in an interest-bearing trust account, with an agreement that whoever wins gets the cash; or (ii) entering an agreement to pay on the condition that REJ immediately repays the funds if we win at tru (with fee provisions in place if either party is forced to sue to enforce their rights)?

Hopefully this avoids unnecessary argument on the topic  ? Best,



**Amanda Butler, Esq.**
**Managing Partner**
Business Law Group
(504) 934-2020
**The Entrepreneur's Lawyer**



Sent from my iPhone please excuse any typos.

On Dec 8, 2020, at 1:40 PM, Eve B. Masinter <Eve.Masinter@bswllp.com> wrote:

Good afternoon Amanda.  Ray Trosclair and Kylie Kern are available on January 25, 2021 for their depositions.  We will produce Ray Trosclair at 10:00 a.m. on that day and Kylie Kern at 1:00 p.m.  As of today, we plan to have the

depositions at our office located at 909 Poydras, 15th Floor.  If because of Covid-19 and further restrictions that needs to be changed to Zoom depositions, we will let you know and then we can make those arrangements.

Thanks, Eve and Matt

 **BREAZEALE, SACHSE & WILSON, L.L.P.**
ATTORNEYS AT LAW

Eve B. Masinter

Partner

BREAZEALE, SACHSE & WILSON, L.L.P.
909 Poydras St., Suite 1500
New Orleans, Louisiana 70112-4004
(504) 584-5468 - direct dial
(504) 584-5452 - facsimile

Eve.Masinter@bswllp.com

www.bswllp.com

The information contained in this electronic mail transmission and the accompanying pages is intended solely for the addressee(s) named above. If you are not an addressee, or responsible for delivering these documents to an addressee, you have received this document in error and you are strictly prohibited from reading or disclosing it. The information contained in this document is highly confidential and may be subject to legally enforceable privileges. Unless you are an addressee, or associated with an addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with this document or the information it contains other than calling us by telephone (504) 619-1800 and returning this document to us at once.

---

**From:** Eve B. Masinter <Eve.Masinter@bswllp.com>
**Sent:** Thursday, December 3, 2020 5:59 PM
**To:** Amanda Butler Schley <abutler@lawgroup.biz>
**Cc:** Matthew M. McCluer <Matthew.McCluer@bswllp.com>
**Subject:** Re: Deposition Dates

Amanda. We will work on dates. We are both out tomorrow for a hearing that may go through Saturday. Eve and Matt.

Sent from my iPhone

On Dec 3, 2020, at 12:17 PM, Amanda Butler Schley <abutler@lawgroup.biz> wrote:

 Eve,


Please provide some deposition dates in January for Ray and Kylie.  Best,



**Amanda Butler, Esq.**
**Managing Partner**
Business Law Group
(504) 934-2020
**The Entrepreneur's Lawyer**



Sent from my iPhone please excuse any typos.

**Matthew M. McCluer**

| | |
|---|---|
| **From:** | Eve B. Masinter |
| **Sent:** | Thursday, December 17, 2020 4:35 PM |
| **To:** | Amanda Butler Schley |
| **Cc:** | Matthew M. McCluer; Fred Preis; Belinda Catalano; Jamie Danos |
| **Subject:** | Re: BSW Trust Wire information |
| **Attachments:** | image001.jpg; image002.jpg; image002.jpg |

Amanda :

We do not understand what the issue is. The check can be written to us as counsel for REJ. We have left messages for you to call us over the last few days but have received no return call. We need to speak to you by tomorrow.  Please provide your cell number so we don't have to go through your service. If we do not receive payment by Monday we will be filing a Motion with the Court.

Eve, Fred and Matt

Sent from my iPhone

On Dec 17, 2020, at 2:01 PM, Amanda Butler Schley <abutler@lawgroup.biz> wrote:

> I will need to further consider this.  If you want to get the court involved at this point, that's fine by me.  I would like the court to understand the issue.
>
>
> Best,



**Amanda Butler, Esq.**
Managing Partner
Business Law Group
(504) 934-2020 (office) (504) 319-4528 (cell)
**The Entrepreneur's Lawyer**



On Thu, Dec 17, 2020 at 1:54 PM Matthew M. McCluer <Matthew.McCluer@bswllp.com> wrote:

> Amanda,
>
>
> I am not sure what the disconnect is here. REJ is no longer an active entity so you cannot make out a check to it, and we have (now repeatedly) told you that you are to send payment to our

firm as that is our client's preference. Please stop delaying and causing unnecessary issues or we will get the Court involved.

Matt

---

**From:** Amanda Butler Schley <abutler@lawgroup.biz>
**Sent:** Thursday, December 17, 2020 1:45 PM
**To:** Matthew M. McCluer <Matthew.McCluer@bswllp.com>
**Cc:** Eve B. Masinter <Eve.Masinter@bswllp.com>; Fred Preis <Fred.Preis@bswllp.com>; Belinda Catalano <Belinda.Catalano@bswllp.com>; Jamie Danos <Jamie.Danos@bswllp.com>
**Subject:** Re: BSW Trust Wire information

I am making the check payable to REJ Properties, Inc. -  I need their EIN number.

Best,



**Amanda Butler, Esq.**
Managing Partner
Business Law Group
(504) 934-2020 (office) (504) 319-4528 (cell)
**The Entrepreneur's Lawyer**

---



On Thu, Dec 17, 2020 at 1:43 PM Matthew M. McCluer <Matthew.McCluer@bswllp.com> wrote:

> Amanda,
>
> See attached W-9. The Firm's EIN is 72042889. Please make the check payable to "Breazeale, Sachse & Wilson L.L.P." and send to our office address below by Fed Ex Overnight to be received by Monday, Dec. 21 and provide us with the shipping confirmation/tracking number. Or you can arrange for hand delivery to our by next Monday.
>
> Sincerely,

Eve, Fred and Matt



**Matthew M. McCluer**          Direct Dial: (504) 584-5469
Associate                       Direct Fax: (504) 617-7928
BREAZEALE, SACHSE &
WILSON, L.L.P.                  Matthew.McCluer@bswllp.com
909 Poydras St, Ste 1500
                                www.bswllp.com
New Orleans, LA
(504) 584-5469 - direct dial

(504) 617-7928- facsimile


The information contained in this electronic mail transmission and the accompanying pages is intended solely for the addressee(s) named above.  If you are not an addressee, or responsible for delivering these documents to an addressee, you have received this document in error and you are strictly prohibited from reading or disclosing it.  The information contained in this document is highly confidential and may be subject to legally enforceable privileges.  Unless you are an addressee, or associated with an addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with this document or the information it contains other than calling us by telephone (504) 619-1800 and returning this document to us at once.


**From:** Amanda Butler Schley <abutler@lawgroup.biz>
**Sent:** Thursday, December 17, 2020 12:32 PM
**To:** Matthew M. McCluer <Matthew.McCluer@bswllp.com>
**Cc:** Eve B. Masinter <Eve.Masinter@bswllp.com>; Fred Preis <Fred.Preis@bswllp.com>;
Belinda Catalano <Belinda.Catalano@bswllp.com>; Jamie Danos
<Jamie.Danos@bswllp.com>
**Subject:** Re: BSW Trust Wire information


I'm required to send a paper check and I need a EIN or W9 in order to cut a check.


Best,



**Amanda Butler, Esq.**
Managing Partner
Business Law Group
(504) 934-2020 (office) (504) 319-4528 (cell)
**The Entrepreneur's Lawyer**



On Thu, Dec 17, 2020 at 12:30 PM Matthew M. McCluer <Matthew.McCluer@bswllp.com> wrote:

Amanda,

Your email again suggests that you intend to send a paper check to REJ for the costs. This is not what we proposed. We asked in our previous email that you send the funds by wire payment to our (Breazeale Sachse & Wilson) trust account. Those wire details are copied below again for your reference. We ask that you confirm this arrangement as soon as possible and send the funds by tomorrow.

**Wire instructions:**

Please reference: <u>Badgerow 15218-52371 – Fred Preis</u> on the wire.

| Bank Name & Address | Bank ABA/ Routing # | Account Name | Account Number |
|---|---|---|---|
| Iberia Bank<br>3700 Essen Lane<br>Baton Rouge, LA 70809 | ███████ | Breazeale, Sachse, Wilson, L.L.P.<br>**Client Trust Account**<br>(Main Client Trust Account) | ███████ |

Sincerely,

Eve, Fred and Matt

4

**From:** Amanda Butler Schley <abutler@lawgroup.biz>
**Sent:** Thursday, December 17, 2020 10:35 AM
**To:** Eve B. Masinter <Eve.Masinter@bswllp.com>
**Cc:** Matthew M. McCluer <Matthew.McCluer@bswllp.com>; Fred Preis
<Fred.Preis@bswllp.com>; Belinda Catalano <Belinda.Catalano@bswllp.com>; Jamie Danos
<Jamie.Danos@bswllp.com>
**Subject:** Re: BSW Trust Wire information

I need a W9 for payment to REJ. Please provide.  Best,


**Amanda Butler, Esq.**
**Managing Partner**
Business Law Group
(504) 934-2020
**The Entrepreneur's Lawyer**



Sent from my iPhone please excuse any typos.

On Dec 15, 2020, at 4:06 PM, Eve B. Masinter <Eve.Masinter@bswllp.com> wrote:

Amanda.

        Matt and I tried to call you.  We do not understand your response below about a check
to REJ and proceeds to the individually.  Our client wants the funds wired to the Firm trust
account that we previously provided to you.

        Thanks, Eve, Fred, and Matt



Eve B. Masinter

Partner

BREAZEALE, SACHSE & WILSON, L.L.P.
909 Poydras St., Suite 1500
New Orleans, Louisiana 70112-4004
(504) 584-5468 - direct dial
(504) 584-5452 - facsimile

Eve.Masinter@bswllp.com

www.bswllp.com

The information contained in this electronic mail transmission and the accompanying pages is intended solely for the addressee(s) named above. If you are not an addressee, or responsible for delivering these documents to an addressee, you have received this document in error and you are strictly prohibited from reading or disclosing it. The information contained in this document is highly confidential and may be subject to legally enforceable privileges. Unless you are an addressee, or associated with an addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with this document or the information it contains other than calling us by telephone (504) 619-1800 and returning this document to us at once.

---

**From:** Amanda Butler Schley <abutler@lawgroup.biz>
**Sent:** Tuesday, December 15, 2020 2:17 PM
**To:** Eve B. Masinter <Eve.Masinter@bswllp.com>
**Cc:** Matthew M. McCluer <Matthew.McCluer@bswllp.com>; Fred Preis <Fred.Preis@bswllp.com>; Belinda Catalano <Belinda.Catalano@bswllp.com>; Jamie Danos <Jamie.Danos@bswllp.com>
**Subject:** Re: BSW Trust Wire information

The "proceeds"



**Amanda Butler, Esq.**
**Managing Partner**
Business Law Group
(504) 934-2020
**The Entrepreneur's Lawyer**

---



Sent from my iPhone please excuse any typos.

On Dec 15, 2020, at 2:16 PM, Amanda Butler Schley <abutler@lawgroup.biz> wrote:

Eve-

We can wire the process to the individuals.

We will need to cut a check to REJ. I'm waiting on funds before I can forward.

Best,



**Amanda Butler, Esq.**
**Managing Partner**
Business Law Group
(504) 934-2020
**The Entrepreneur's Lawyer**

---



Sent from my iPhone please excuse any typos.

On Dec 15, 2020, at 2:13 PM, Eve B. Masinter <Eve.Masinter@bswllp.com> wrote:

Amanda.

We just checked and the funds for the cost award have not been wired to the firm account below.  Please take care of wiring these funds immediately as you said that you would last week.

Thank you, Eve, Fred and Matt



Eve B. Masinter

Partner

BREAZEALE, SACHSE & WILSON, L.L.P.
909 Poydras St., Suite 1500
New Orleans, Louisiana 70112-4004
(504) 584-5468 - direct dial
(504) 584-5452 - facsimile

Eve.Masinter@bswllp.com

www.bswllp.com

The information contained in this electronic mail transmission and the accompanying pages is intended solely for the addressee(s) named above. If you are not an addressee, or responsible for delivering these documents to an addressee, you have received this document in error and you are strictly prohibited from reading or disclosing it. The information contained in this document is highly confidential and may be subject to legally enforceable privileges. Unless you are an addressee, or associated with an addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with this document or the information it contains other than calling us by telephone (504) 619-1800 and returning this document to us at once.

---

**From:** Jamie Danos <Jamie.Danos@bswllp.com>
**Sent:** Thursday, December 10, 2020 9:35 AM
**To:** Amanda Butler Schley <abutler@lawgroup.biz>; Eve B. Masinter
<Eve.Masinter@bswllp.com>
**Cc:** Matthew M. McCluer <Matthew.McCluer@bswllp.com>; Fred Preis
<Fred.Preis@bswllp.com>; Belinda Catalano <Belinda.Catalano@bswllp.com>
**Subject:** BSW Trust Wire information

Hi Amanda,

We have confirmed with our clients that they do prefer the wire transfer.

Please go ahead and wire the funds to our Firm's Trust Account.

All account and wire information is below.

Thank you!

**From:** Jamie Danos
**Sent:** Wednesday, December 9, 2020 4:48 PM
**To:** 'Amanda Butler Schley' <abutler@lawgroup.biz>; Eve B. Masinter <Eve.Masinter@bswllp.com>
**Cc:** Matthew M. McCluer <Matthew.McCluer@bswllp.com>; Fred Preis <Fred.Preis@bswllp.com>
**Subject:** BSW Trust Wire information

Amanda,

Below is our Firm's wire information.

**Please reference: <u>Badgerow 15218-52371 – Fred Preis</u> on the wire.**

Thank you

| Bank Name & Address | Bank ABA/ Routing # | Account Name | Account Number |
|---|---|---|---|
| Iberia Bank<br>3700 Essen Lane<br>Baton Rouge, LA 70809 | ▮▮▮▮ | Breazeale, Sachse, Wilson, L.L.P.<br>**Client Trust Account**<br>(Main Client Trust Account) | ▮▮▮▮ |

9