# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENISE A. BADGEROW,** on behalf of herself and a class of those similarly situated, | * * * | **CIVIL ACTION NO. 2:17-cv-09492** |
| **Plaintiffs,** | * | **JUDGE: JAY C. ZAINEY** |
| v. | * * | **MAGISTRATE: JOSEPH C. WILKINSON, JR.** |
| **REJ PROPERTIES, INC. D/B/A WALTERS MEYER TROSCLAIR & ASSOCIATES, AND AMERIPRISE FINANCIAL SERVICES, INC.** | * * * * | |
| **Defendants** | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Stipulation of Dismissal executed by the parties:

**IT IS HEREBY ORDERED** that the above and foregoing matter is dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

NEW ORLEANS, LOUISIANA this 12th day of May, 2021

_____
HONORABLE JUDGE JAY C. ZAINEY